STATE OF NEW JERSEY v. ROBERT PRESTON PAYNE.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK GAUDY.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MARTINELLI.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL J. STAVOLA.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. REGINALD STOKELIN.

October 2, 1973. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF WILHELMINA SCHUHMANN, ALSO KNOWN AS, BILLIE SCHUHMANN.

October 2, 1973. Petition for certification denied. (See 125 *N. J. Super.* 56)